

# IN THE
# TENHT COURT OF APPEALS

## No. 10-12-00017-CV

## IN THE MATTER OF
## THE MARRIAGE OF
## TRISHA PENN AND BRIAN PENN

### From the 378th District Court
### Ellis County, Texas
### Trial Court No. 80621D

## MEMORANDUM  OPINION

Brian Penn appeals from a final decree of divorce signed on September 23, 2011. By letter dated January 31, 2012, the Clerk of this Court notified Penn that the appeal was subject to dismissal because it appeared the notice of appeal was untimely.  TEX. R. APP. P. 26.1.  Because it appeared that a motion for new trial was filed, the notice of appeal would have been due on December 22, 2011.  *See id*. (a).  It was not filed until January 11, 2012.  The Clerk also warned Penn that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal.  *See* TEX. R. APP. P. 42.3; 44.3.  We have not received a response.

Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Judge Morris[1]
Appeal dismissed
Opinion delivered and filed March 14, 2012
[CV06]

---

[1] Rick Morris, Judge of the 146th District Court of Bell County, sitting by assignment of the Chief Justice of the Texas Supreme Court pursuant to section 74.003(h) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74.003(h) (West 2005).